IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARRY DEWAYNE BREY,

        Petitioner,

    v.

GUY HALL,

        Respondent.

Civil No. 07-6178-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Unopposed Motion to Dismiss Habeas Petition Without Prejudice (#27) is GRANTED.

    IT IS SO ORDERED.

    DATED this 10th day of September, 2008.

                                  John V. Acosta
                                  United States Magistrate Judge